UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Joseph Phelan

v.  Case No. 10-cv-191-JM

Salvatore Coco

ORDER

As a result of the retirement of the Honorable James R. Muirhead as a Magistrate Judge in this judicial district, this case shall reassigned to a District Judge effective June 1, 2010.

SO ORDERED.

Date: May 27, 2010

Steven J. McAuliffe
Chief Judge

cc:   Peter E. Hutchins, Esq.
      Donna-Marie Cote, Esq.